**No. 49896.**—Protest 816436–G of American Overocean Corp. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question consists of cotton rags the same in all material respects as those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) and that the percentages of rags in the shipment used chiefly for paper making were the same as those involved in the cited case. In accordance therewith the claim for free entry under paragraph 1750 was sustained to that extent.

**No. 49897.**—Protests 650662–G, etc., of Hoffman Lion Mills (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question consists of cotton rags the same in all material respects as those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) and that the percentages of rags in the shipment used chiefly for paper making were the same as those involved in the cited case. In accordance therewith the claim for free entry under paragraph 1750 was sustained to that extent.

BEFORE THE THIRD DIVISION, DECEMBER 22, 1944

**No. 49898.**—Protest 87742–K of Railway Express Agency (Pembina).

Opinion by CLINE, J. When the case was called for trial it appeared from statement of Government counsel that the representatives of the importing company desired the case to be submitted. No evidence was offered and no briefs were submitted. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.

**No. 49899.**—Protests 16247–K, etc., of Rosenblum Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the cheese in question is similar to that involved in *United States* v. *Wheeler* (32 C. C. P. A.22; C. A. D. 280) the protests were sustained to this extent.

**No. 49900.**—Protests 950315–G, etc., of Rosenblum Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the cheese in question is similar to that involved in *United States* v. *Wheeler* (32 C. C. P. A. 22, C. A. D. 280) the protests were sustained to this extent.

**No. 49901.**—Protest 103948–K of F. B. Vandegrift & Co. (Philadelphia).